UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Keoea Coleman,

    Plaintiff,

v.                                                             Case No. 09-12993

Commissioner of Social Security,          Honorable Sean F. Cox

    Defendant.
_____/

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED that pursuant to this Court's "Order Adopting Report And Recommendation," issued this date, and Magistrate Judge Whalen's Report and Recommendation issued on August 26, 2010, Plaintiff's cause of action is DISMISSED WITH PREJUDICE.

                                                S/Sean F. Cox
                                                Sean F. Cox
                                                United States District Judge

Dated: September 28, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 28, 2010, by electronic and/or ordinary mail.

                                              S/Jennifer Hernandez
                                              Case Manager